| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MEDLIANT INC., §
　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:23-CV-203
　　　　　　　　　　　　　　§
KATRINA PONCE DE LEON, §
　　　　　　　　　　　　　　§
　　　　　Defendant. §

## ORDER

Defendant Katrina Ponce de Leon's ("Defendant") Unopposed Motion for Extension of Time for Reply to Motion to Dismiss (#11) is GRANTED. Accordingly, Defendant must file her reply on or before October 10, 2023.

SIGNED at Beaumont, Texas, this 2nd day of October, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE