UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MEDLIANT INC., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Civil Action No. 1:23–cv–00203–MAC |
| v. ) | |
| ) | |
| KATRINA PONCE DE LEON, ) | |
| ) | |
| *Defendant.* ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS SUR-REPLY IN FURTHER OPPOSITION TO THE MOTION TO DISMISS**

The plaintiff, Medliant Inc. ("Medliant"), moves for an extension of time to file its sur-reply in further opposition to the motion to dismiss filed by the defendant, Katrina Ponce de Leon ("Defendant"). Medliant requests that its deadline to file its sur-reply be extended from October 17, 2023, to October 20, 2023.

1. On September 11, 2023, Ponce de Leon moved to dismiss Medliant's complaint on the grounds for forum non conveniens and for failure to state a claim. Doc. 8.

2. Medliant responded to the motion on September 25, 2023. Doc. 10.

3. With the Court's permission for an extension to reply, Ponce de Leon filed her reply in further support of her motion on October 10, 2023. Doc. 13.

4. Pursuant to Local Rule CV-7(f), Medliant's sur-reply is due to be filed on October 17, 2023. *See* Local Rule CV-7(f).

5. Due to scheduling issues for counsel for Medliant, Medliant respectfully requests that this Court grant it an additional three (3) days to file its sur-reply. If granted, Medliant's sur-reply will be due on or before October 20, 2023.

## CERTIFICATE OF CONFERENCE

Counsel for Medliant conferred with counsel for Ponce de Leon. Counsel for Ponce de Leon stated it was not opposed to the relief requested in this motion.

## CONCLUSION

For the reasons set forth above, Medliant respectfully requests that the deadline to file its sur-reply in further support of its opposition to the motion to dismiss be extended to Friday, October 20, 2023. Pursuant to Local Rule CV-7(a), a proposed Order is attached.

Respectfully submitted,

/s/ R. Brandon Bundren
R. Brandon Bundren
Texas Bar No. 24050353
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.4647
F: 615.248.3047
bbundren@bradley.com

*Attorney for Medliant Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on October 17, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of Court for the U.S. District Court, Eastern District of Texas, through the Court's Electronic Case Filing system, which will serve all counsel of record listed below:

      David H. Seligman (pro hac vice)
      Email: david@towardsjustice.org
      Rachel Williams Dempsey (pro hac vice)
      Email: rachel@towardsjustice.org
      Juno Turner (pro hac vice)
      Email: juno@towardsjustice.org
      TOWARDS JUSTICE

*Attorneys for Defendant*

      /s/ R. Brandon Bundren
      R. Brandon Bundren