UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MEDLIANT INC., | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) Civil Action No. 1:23–cv–00203–MAC |
| v. | ) |
| | ) |
| KATRINA PONCE DE LEON, | ) |
| | ) |
|     *Defendant*. | ) |

## PLAINTIFF'S NOTICE OF DISCOVERY DISCLOSURE

Pursuant to Local Rule CV-26(c), the plaintiff, Medliant Inc. ("Medliant"), provides notice to the Court that its Initial Disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure have been made.

Respectfully submitted,

/s/ R. Brandon Bundren
R. Brandon Bundren
Texas Bar No. 24050353
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.4647
F: 615.248.3047
bbundren@bradley.com

*Attorney for Medliant Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 24, 2023, I electronically filed a true and correct copy of the foregoing with the Clerk of Court for the U.S. District Court, Eastern District of Texas, through the Court's Electronic Case Filing system, which will serve all counsel of record listed below:

>David H. Seligman (pro hac vice)
>Email: david@towardsjustice.org
>Rachel Williams Dempsey (pro hac vice)
>Email: rachel@towardsjustice.org
>Juno Turner (pro hac vice)
>Email: juno@towardsjustice.org
>TOWARDS JUSTICE

*Attorneys for Defendant*

/s/ R. Brandon Bundren
R. Brandon Bundren