UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MEDLIANT INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>KATRINA PONCE DE LEON,<br><br>    *Defendant*. | Civil Action No.:<br>1:23-cv-00203-MAC<br><br>**NOTICE OF CORRECTION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT [ECF NO. 8] AND REPLY TO MOTION TO DISMISS COMPLAINT [ECF NO. 13]**<br><br>Honorable Marcia A. Crone |

  In Defendant's Motion to Dismiss Complaint, ECF No. 8 at 9, and Reply to Defendant's Motion to Dismiss Complaint, ECF No. 13 at 5 and n.3, Counsel for Defendant represented to the Court that Defendant lives in Florida. Counsel for Defendant has since learned that Defendant has moved back from Florida to Beaumont, Texas. Counsel apologizes for this inadvertent error and requests that the Court disregard the references to Defendant's location. The remainder of the Motion and Reply remain unaffected.

DATED:    October 25, 2023　　　　　/s/ Rachel Williams Dempsey
               Denver, Colorado　　　　　　Rachel Williams Dempsey

**TOWARDS JUSTICE**

Rachel Williams Dempsey (*pro hac vice*)
Juno Turner (*pro hac vice*)
David H. Seligman (*pro hac vice*)
P.O. Box 371689, PMB 44465
Denver, CO 80237-5680
(720) 441-2236
david@towardsjustice.org
juno@towardsjustice.org
rachel@towardsjustice.org

*Attorneys for Katrina Ponce de Leon*

## CERTIFICATE OF SERVICE

I certify that on October 25, 2023, I electronically filed a true and correct copy of NOTICE OF CORRECTION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT [ECF NO. 8] AND REPLY TO MOTION TO DISMISS COMPLAINT [ECF NO. 13], with the Clerk of Court for the U.S. District Court, Eastern District of Texas, through the Court's Electronic Case Filing system, which will serve all counsel of record listed below:

R. Brandon Bundren
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
bbundren@bradley.com

/s/ *Rachel Williams Dempsey*
Rachel Williams Dempsey