**UNITED STATES DISTRICT COURT \* \* \* \* \* \* \* EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

MEDLIANT INC. §
§
*versus* § CIVIL ACTION NO. 1:23-CV-203
§
KATRINA PONCE DE LEON §

## SCHEDULING ORDER

The following schedule shall be followed.[1]  All communications concerning the case shall be directed in writing to Julia Colyer, Court Administrator for Judge Crone, 300 Willow Street, Suite 239, Beaumont, TX 77701-2200. For urgent matters, Ms. Colyer may be contacted at (409) 654-2880.

1. January 5, 2024 — NEW PARTIES shall be joined by this date.

2. January 19, 2024 — The pleadings shall be AMENDED by this date.

3. May 3, 2024 — PLAINTIFF shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

4. May 24, 2024 — DEFENDANT shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

5. October 4, 2024 — DISCOVERY shall be completed by this date.

6. October 18, 2024 — MOTION CUT-OFF. Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown.  Without leave of court, a party may file only one summary judgment motion.

7. January 10, 2025 — The JOINT PRETRIAL ORDER, including motions in limine and proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date.

8. January 17, 2025 — OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine, shall be filed by this date.

9. January 24, 2025 — RESPONSES TO OBJECTIONS shall be filed by this date.  A failure to file a response to an objection shall create a presumption in favor of the court's sustaining the objection.

10. February 7, 2025 — FINAL STATUS CONFERENCE at 10:00 a.m.  The case will be set for Final Pretrial Conference and Trial at the Final Status Conference.  The parties should be prepared to try the case by this date.

11. 3 Days — Estimated time to try before the court.

---

[1] General Proviso:  This scheduling order does not relieve the parties from obtaining leave of court whenever required by statute, the Federal Rules of Civil Procedure, local rule, or case law.

SIGNED at Beaumont, Texas, this 18th day of December, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2