UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MEDLIANT INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:23–cv–00203–MAC |
| v. ) | |
| ) | |
| KATRINA PONCE DE LEON, ) | |
| ) | |
| Defendant. ) | |

### MEDLIANT INC.'S NOTICE OF SERVICE OF SUBPOENAS

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, the plaintiff, Medliant Inc., gives notice of the issuance and service of subpoenas to the following witnesses:

1. Eliahkim Mabute c/o Anna Prakash via email;
2. Jeddy Anne M. Delgado c/o Anna Prakash via email;
3. Chat Musick;
4. Lorelei M. Miranda;
5. Marife D. Sevilla; and
6. Manny Ramos.

True and correct copies of the subpoenas are attached hereto.

Respectfully submitted,

/s/ R. Brandon Bundren
R. Brandon Bundren
Texas Bar No. 24050353
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.4647
F: 615.248.3047
bbundren@bradley.com

*Attorney for Medliant Inc.*

- 1 -

**CERTIFICATE OF SERVICE**

      I certify that on January 23, 2024, I electronically filed a true and correct copy of the foregoing with the Clerk of Court for the U.S. District Court, Eastern District of Texas, through the Court's Electronic Case Filing system, which will serve all counsel of record listed below:

      David H. Seligman (pro hac vice)
      Email: david@towardsjustice.org
      Rachel Williams Dempsey (pro hac vice)
      Email: rachel@towardsjustice.org
      Juno Turner (pro hac vice)
      Email: juno@towardsjustice.org
      TOWARDS JUSTICE

      J. Thad Heartfield
      Email: thad@heartfieldlawfirm.com
      THE HEARTFIELD LAW FIRM

      *Attorneys for Defendant*

      /s/ R. Brandon Bundren
      R. Brandon Bundren